UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
DEC - 7 2016
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:16MC00694DDN |
| SIXTEEN THOUSAND, FIVE HUNDRED FIFTY-SIX DOLLARS ($16,556.00) U.S. CURRENCY, | ) ) ) ) |
| TWENTY-FIVE THOUSAND, SIX HUNDRED FORTY-NINE DOLLARS AND FOUR CENTS (25,649.04) IN FUNDS FROM MIDWEST BANKCENTRE, ACCOUNT # …1531, and | ) ) ) ) ) |
| ONE 2011 FORD F-250, VIN: 1FT7W2B68BEB99394, | ) ) |
| Defendants. | ) |

## MOTION TO EXTEND TIME TO FILE COMPLAINT FOR FORFEITURE

Comes now the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Stephen Casey, Assistant United States Attorney for said District, and respectfully moves this Court to extend the time in which the United States is required to file a verified complaint for forfeiture and in support of its Motion states as follows:

1. On July 15, 2016, the Drug Enforcement Administration seized the following property from Ferrell Watson and Debbie Watson:

    a) $16,556.00 U.S. Currency, and

    b) 2011 Ford F-250, VIN: 1FT7W2B68BEB99394.

2. On July 29, 2016, the Drug Enforcement Administration seized $25,649.04 in funds from Midwest BankCentre, Account # ...1531.

3. All of the written notice of intent to forfeit required by Title 18, United States Code, Section 983(a)(3)(A) to be sent by the United States Drug Enforcement Administration to interested parties has been sent.

4. The time has expired for any person to file an administrative claim to the property under Title 18, United States Code, Section 983(a)(2)(A)-(E).

5. The only people to file an administrative claim to the defendant property with the Drug Enforcement Administration were Ferrell Watson and Debbie Watson. Mr. Watson filed a claim for the $16,556.00 U.S. currency and 2011 Ford F-250 with the Drug Enforcement Administration on September 23, 2016. Mr. Watson filed a claim for the $25,649.04 in funds from Midwest BankCentre on October 21, 2016. Ms. Watson filed a claim for the $16,556.00 U.S. currency and 2011 Ford F-250 with the Drug Enforcement Administration on September 23, 2016. Ms. Watson filed a claim for the $25,649.04 in funds from Midwest BankCentre on October 21, 2016.

6. Title 18, United States Code, Section 983(a)(3)(A) provides as follows:

> Not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a court in the district in which the complaint will be filed ***may extend the period for filing a complaint for good cause shown*** or upon agreement of the parties.

7. Title 18, United States Code, Section 983(a)(3)(B) also provides that the United States may maintain possession of the property by filing criminal charges within the relevant time frame.

8. Accordingly, absent an order extending its time, the United States must either file a civil complaint for forfeiture of the above-captioned property or file criminal charges on or about December 22, 2016.

9. The United States has an ongoing criminal investigation regarding the conduct giving rise to the forfeiture of the property. If a civil complaint is filed, any discovery in a civil case would impede the Government's ability to conduct its ongoing criminal investigation and would also create a burden on the claimant's right against self-incrimination. Should the property be returned to the claimant there would be no assurance that the property would be available as evidence in any subsequent court proceedings.

10. The requested extension is in the interest of justice insofar as it avoids the need for duplicative actions and thereby conserves judicial and other governmental resources.

11. A proposed order is included herewith for the Court's consideration.

WHEREFORE, for the foregoing good cause, the Government respectfully requests that the Court extend the period in which the United States is required to file a Complaint against the property and/or to return criminal charges until March 22, 2017.

Dated: December 7, 2016                           Respectfully submitted,

                                                  RICHARD G. CALLAHAN
                                                  United States Attorney


                                                  */s/ Stephen Casey*
                                                  STEPHEN CASEY, #58879MO
                                                  Assistant United States Attorney
                                                  111 South Tenth Street, 20th Floor
                                                  St. Louis, Missouri  63102

## CERTIFICATE OF SERVICE

      I hereby certify that on December 7, 2016, a copy of the foregoing was sent via first-class mail, postage prepaid and addressed to the following:

Ferrell Watson
707 Lagro Ave.
St. Louis, MO 63125

Debbie Watson
707 Lagro Ave.
St. Louis, MO 63125

Paul E. Sims, Esq.
Attorney for Claimant
4387 Laclede Ave.
St. Louis, MO 63108

*/s/ Stephen Casey*
STEPHEN CASEY, #58879MO
Assistant United States Attorney